Dunwoody College of Technology 818 Dunwoody Blvd Minneapolis, MN 55403 +1 (612) 3818228
Jason Strandberg 14604 Woodhaven Rd Apt 417 Minnetonka, MN 55345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Strandberg | Dunwoody College of Technology | 1000508 | 07/16/2026 | 07/31/2026 | 08/14/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,525.50 | 0.00 | 123.42 | 350.52 | 1,051.56 |
| YTD | 0.00 | 22,123.00 | 0.00 | 3,634.04 | 1,110.54 | 17,378.42 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay | | | 0 | | 1,500.00 |
| Adjunct Pay | 07/16/2026 - 07/31/2026 | 0 | 0 | 1,525.50 | 3,051.00 |
| Overload Pay | | | 0 | | 17,572.00 |
| Earnings | | | | 1,525.50 | 22,123.00 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 94.58 | 1,371.63 |
| Medicare | 22.12 | 320.78 |
| Federal Withholding | 0.00 | 1,539.29 |
| State Tax - MN | 0.00 | 305.00 |
| Family Leave - MNPFL | 4.73 | 68.58 |
| Medical Leave - MNPML | 1.99 | 28.76 |
| Employee Taxes | 123.42 | 3,634.04 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| State Tax Levy (L1908975456) | 350.52 | 1,110.54 |
| Post Tax Deductions | 350.52 | 1,110.54 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,525.50 | 22,123.00 |
| Medicare - Taxable Wages | 1,525.50 | 22,123.00 |
| Federal Withholding - Taxable Wages | 1,525.50 | 22,123.00 |
| State Tax Taxable Wages - MN | 1,525.50 | 22,123.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 5 |
| Total Dependent Amount | 6600 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank of America | B of A personal | ******1303 | | 1,051.56 | USD |

Dunwoody College of Technology 818 Dunwoody Blvd Minneapolis, MN 55403 +1 (612) 3818228
Jason Strandberg 14604 Woodhaven Rd Apt 417 Minnetonka, MN 55345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Strandberg | Dunwoody College of Technology | 1000508 | 06/01/2026 | 06/15/2026 | 06/30/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 19,072.00 | 0.00 | 3,387.20 | 409.50 | 15,275.30 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Additional Pay | | | 0 | | 1,500.00 |
| Overload Pay | | | 0 | | 17,572.00 |
| Earnings | | | | 0.00 | 19,072.00 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 0.00 | 1,182.46 |
| Medicare | 0.00 | 276.54 |
| Federal Withholding | | 1,539.29 |
| State Tax - MN | | 305.00 |
| Family Leave - MNPFL | 0.00 | 59.12 |
| Medical Leave - MNPML | 0.00 | 24.79 |
| Employee Taxes | 0.00 | 3,387.20 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| State Tax Levy (L1908975456) | 0.00 | 409.50 |
| Post Tax Deductions | 0.00 | 409.50 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 0.00 | 19,072.00 |
| Medicare - Taxable Wages | 0.00 | 19,072.00 |
| Federal Withholding - Taxable Wages | 0.00 | 19,072.00 |
| State Tax Taxable Wages - MN | 0.00 | 19,072.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Married |
| Allowances | 0 | 5 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Bank of America | B of A personal | ******1303 | | 0.00 | USD |